Clifton HAGGANS *v.* STATE of Arkansas

CR 93-353 . 849 S.W.2d 959

Supreme Court of Arkansas
Opinion delivered April 19, 1993

*Lohnes T. Tiner*, for appellant.

No response.

PER CURIAM. Clifton Haggans, by his attorney, has filed a motion for a rule on the clerk.

His attorney, Lohnes T. Tiner, admits by motion and brief that the record was tendered late due to a mistake on his part.

We find that such an error, admittedly made by the attorney for a criminal defendant, is good cause to grant the motion. See our Per Curiam opinion In Re: Belated Appeals in Criminal Cases, 265 Ark. 964 (1979).

The motion is, therefore, granted. A copy of this opinion will be forwarded to the Committee on Professional Conduct.